UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AXA XL a/s/o DEVI SEA FOODS, INC.,

Plaintiff,

-against-

MAERSK A/S.,

Defendant.

No. 24-CV-7935 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The firm in which my husband was formerly a partner may have represented Plaintiff or its affiliates from time to time. He did no work on any such matters and is no longer a partner in the firm.

**SO ORDERED.**

Dated: October 22, 2024
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge